AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:25-cv-10245
Hon. Matthew F. Leitman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brian Edwards

was received by me on *(date)*  January 28, 2025  .

☒ I personally served the summons on the individual at *(place)*  Detroit Police Department, 8th Precinct, 21555 W. McNichols Rd., Detroit, MI 48219   on *(date)*  April 24, 2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4/28/2025

*[signature]*
*Server's signature*

Grant Gabriel
*Printed name and title*

50 W. Big Beaver Rd., Suite 200, Troy, MI 48084
*Server's address*

Additional information regarding attempted service, etc:

I called the 8th precinct in advance and an officer let me know that Ofc. Edwards was in the precinct.

I arrived around 3:40PM. I let the officers in the precinct know that I was there to serve Ofc. Edwards.

A senior officer called Edwards into the precinct from outside and I served him the summons and complaint around 4:00PM.