UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIO HILL,

    Plaintiff,

v.

Case No. 25-cv-10245
Hon. Matthew F. Leitman

BRIAN EDWARDS, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR ALTERNATE SERVICE AND TO EXTEND SUMMONS FOR DEFENDANT HAWK GRIER (ECF No. 8)

On August 6, 2025, the Court held an on-the-record status conference. For the reasons stated on the record during the conference, and because counsel has now appeared in this action on behalf of Defendant Hawk Grier, Plaintiff's Motion for Alternate Service and to Extend Summons for Defendant Hawk Grier (ECF No. 8) is **TERMINATED AS MOOT**.

    IT IS SO ORDERED.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 6, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
