UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIO HILL,

     Plaintiff,

                                          Case No. 25-cv-10245

v.                                 Hon. Matthew F. Leitman

BRIAN EDWARDS, *et al.*,

     Defendants.

_____/

### ORDER RESOLVING DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF (ECF No. 14)

On February 13, 2026, the Court held a status conference during which it discussed Defendants' Motion to Compel Independent Medical Examination of Plaintiff DeMario Hill (ECF No. 14). During the discussion, the parties resolved the issue raised in that motion. The Court directed Plaintiff Hill to present himself for an Independent Medical Examination within 45 days. Both parties agreed that that timeline was sufficient. In light of the discussion on the record, Defendants' Motion to Compel (ECF No. 14) is **TERMINATED AS MOOT**.

     **IT IS SO ORDERED**.

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2